# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JESUS BENCOMO HERNANDEZ;
BERTHA ULLOLA ALFARO; BRENDA
CHAVEZ VALENZUELA; JESUS
RASCON ALVAREZ; PERLA
ESCOBEDO BAILON; JOSE SILVA
IBARRA; JORGE PEREZ PEREA,

    Plaintiffs,

v.   Case No. 1:23-CV-01107-MLG-JHR

ALEJANDRO MAYORKAS, Secretary of
the Department of Homeland Security; UR
JADDOU, Director of U.S. Citizenship and
Immigration Services; JWANA ADEBIYI,
Director of the Albuquerque Field Office of
USCIS; UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES;
MERRICK GARLAND, U.S. Attorney
General;

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. This civil action is hereby dismissed without prejudice.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA